IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ANUJ K. SAHA, | * | |
| Plaintiff, | * | |
| v. | * | CV 120-101 |
| ASIT B. SAHA, | * | |
| Defendant. | * | |

O R D E R

Before the Court is Plaintiff's Notice of Dismissal. (Doc. 5.) Upon consideration, dismissal is proper under Federal Rule of Civil Procedure 41(a). **IT IS THEREFORE ORDERED** that in accordance with the notice, Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA